IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TEZ BEN EL,                                    *

                        Plaintiff,             *
v.                                                  Case No.  5:22-CV-258-MTT
                                               *
DEPARTMENT OF FAMILY AND
CHILDREN SERVICES,                             *

                        Defendant.             *

_____

## J U D G M E N T

Pursuant to this Court's Order dated March 1, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.   Plaintiff shall recover nothing of Defendant.  Defendant shall also recover costs of this action.

This 1st day of March, 2023.

David W. Bunt, Clerk


s/ Erin L. Pettigrew, Deputy Clerk